2015v01758/ja
PAUL J. FISHMAN
United States Attorney
By: JAFER AFTAB
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: 973.297.2020
jafer.aftab@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       - v.-

**ALL RIGHT, TITLE AND INTEREST IN 28 NETSPEND PREPAID DEBIT CARDS TOTALING APPROXIMATELY $89,175.66,**

       **Defendant *in rem.***

Hon. Jose L. Linares, U.S.D.J.

**Civil Action No. 15-6346**

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

WHEREAS, on 21 August 2015, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of New Jersey against the defendant property, namely all right, title and interest in 28 Netspend prepaid debit cards totaling approximately $89,175.66 (i) pursuant to 18 U.S.C. § 981(a)(1)(C) as property, real or personal, constituting or derived from proceeds of a violation of 18 U.S.C. § 641, a specified unlawful activity within the meaning of 18 U.S.C. § 1956(c)(7); and (ii) pursuant to 18 U.S.C. § 981(a)(1)(A) as property involved in money laundering transactions or attempted transactions in violation of 18 U.S.C. § 1956 or § 1957, and property traceable to such property; and

WHEREAS, pursuant to the Warrant for Arrest *In Rem* issued by the

Honorable Jose L. Linares, United States District Judge for the District of New Jersey on 14 September 2015, the United States Secret Service seized the defendant property; and

WHEREAS, on 29 October 2015, the United States sent the Verified Complaint for Forfeiture *In Rem* and a Notice of Complaint for Forfeiture by certified mail, return receipt requested to potential claimant Mr. Vanyo Minkov, Prisoner number: XXXX1050, Essex County Correctional Facility, 354 Doremus Avenue, Newark, New Jersey 07105 (*See* Declaration of Jafer Aftab in Support of a Default Judgment and Final Order of Forfeiture, hereinafter "Aftab Decl.", Ex. A); and

WHEREAS, on or about 31 October 2015, the Verified Complaint for Forfeiture *In Rem* and Notice of Complaint for Forfeiture were received by potential claimant Mr. Vanyo Minkov, Prisoner number: XXXX1050, Essex County Correctional Facility, 354 Doremus Avenue, Newark, New Jersey 07105 (*Id*); and

WHEREAS, on 29 October 2015, the United States sent the Verified Complaint for Forfeiture *In Rem* and a Notice of Complaint for Forfeiture by certified mail, return receipt requested to potential claimant Netspend, a TSYS Company, Skylight Financial, 701 Brazos Street, Suite 1300, Austin, Texas 78701, Attn: James L. Lyle, Custodian of Records, Subpoena Compliance Manager, Legal Department (Aftab Decl., Ex. B); and

WHEREAS, on or about 3 November 2015, the Verified Complaint for Forfeiture *In Rem* and Notice of Complaint for Forfeiture were received by

potential claimant Netspend, a TSYS Company, Skylight Financial, 701 Brazos Street, Suite 1300, Austin, Texas 78701, Attn: James L. Lyle, Custodian of Records, Subpoena Compliance Manager, Legal Department (*Id*); and

WHEREAS, Notice of Civil Forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on 3 November 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Aftab Decl., Ex. C); and

WHEREAS, in order to avoid forfeiture of the defendant property, any other person claiming an interest in, or right against, the defendant property must file a Claim under penalty of perjury identifying the specific property claimed, identifying the claimant and stating the claimant's interest in the property in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure and 18 U.S.C. § 983(a)(4)(A), except that in no event may such Claim be filed later than 60 days after the first day of publication on the above-referenced official government internet website, and having filed such a Claim, must also file an answer to the complaint not later than 20 days after the filing of the Claim; and

WHEREAS, no Claim has been filed by any person within the time permitted by Rule G(5) of the Supplemental Rules for Certain Admiralty or

Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure for the defendant property in this matter.

NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:

THAT a Default Judgment and a Final Order of Forfeiture is granted against the defendant property, namely 28 Netspend prepaid debit cards totaling approximately $89,175.66, and no right, title or interest in the defendant property shall exist in any other party.

THAT any and all forfeited property and any income derived as a result of the United States Secret Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Secret Service into the Department of Treasury Asset Forfeiture Fund, in accordance with the law.

ORDERED this 26 day of JAN, 2016.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE